NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YOLANDA F. HICKMAN,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, Secretary of Veterans Affairs,**
*Respondent-Appellee.*

---

2013-7100

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-2769, Judge Robert N. Davis.

---

**JUDGMENT**

---

JAMIE MARIE ATWOOD, ABS Legal Advocates, P.A., of Lawrence, Kansas, argued for claimant-appellant. On the brief was VIRGINIA A. GIRARD-BRADY.

L. MISHA PREHEIM, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were STUART F. DELERY, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and MARTIN F. HOCKEY, JR., Assistant Director. Of counsel on the brief were MICHAEL J.

TIMINSKI, Deputy Assistant General Counsel and CHRISTINA L. GREGG, Attorney, United States Department of Veterans Affairs, of Washington, DC. Of counsel were LARA EILHARDT and Y. KEN LEE, Attorneys, United States Veterans Affairs, of Washington, DC.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (RADER, *Chief Judge,* PROST, and CHEN, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| March 6, 2014 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |